# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1557

_____

Thelma Williams, Jr.,                               *
                                                    *
           Appellant,                               *
                                                    *
                                                    *   Appeal from the United States
      v.                                            *   District Court for the Eastern
                                                    *   District of Arkansas.
Brooks Parks, Warden, Varner Unit,                  *
ADC; K. Luckett, Warden, Varner                     *   [UNPUBLISHED]
Unit, ADC; Richard T. Ball, Captain,                *
Varner Unit, ADC; Glass, Mr., Varner                *
Unit, ADC; Joshua Shineflew, Inmate,                *
Varner Unit, ADC; Grant Harris,                     *
Warden, Varner Unit, ADC; John Doe,                 *
Inmate, Varner Unit, ADC; Arkansas                  *
Department of Correction; Willie                    *
Hampton, SATP, Arkansas Department                  *
of Correction; Dean Pickman, Inmate;                *
Bigger; P. Persons; James Lamb,                     *
                                                    *
           Appellees.                               *

_____

Submitted: July 6, 2009
Filed: July 7, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Inmate Thelma Williams, Jr., appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009) (standard of review), we find no basis for reversal. Accordingly, we affirm, see 8th Cir. R. 47B, and we also deny Williams's multiple pending motions.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.